# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

136028

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ELIZABETH FARLEY, as Personal
Representative for Franklin Farley,
      Plaintiff-Appellee,

v

SC: 136028
COA: 283418
Wayne CC: 02-237107-NH

NEVINE M. CARP, M.D., JOHN
SCHAIRER, D.O., and GARDEN CITY
OSTEOPATHIC HOSPITAL,
      Defendants,

and

ADVANCED CARDIOVASCULAR
HEALTH SPECIALISTS, P.C.,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk